[No. 9164–3–III.   Division Three.   December 27, 1988.]

DONALD M. BROWN, ET AL, *Respondents*, v. BROWN–TAYLOR WATER COMPANY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 87–2–01474–5, Bruce P. Hanson, J., entered January 29, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson, J., and Ripple, J. Pro Tem.

[No. 11090–3–II.   Division Two.   December 28, 1988.]

SHERRI SALME, *as Personal Representative, Appellant*, v. RICHARD ERIC GILBERTSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85–2–00500–8, Milton R. Cox, J., entered May 22, 1987. *Reversed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 11198–5–II.   Division Two.   December 28, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL LAUHER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 87–1–00133–9, Dale M. Nordquist, J., entered July 2, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.